IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TAMARA COLLETTE MONNTAE WASHINGTON, and LARRY WASHINGTON, <br><br>Plaintiffs, <br><br>v. <br><br>EVERHOME MORTGAGE COMPANY, et al., <br><br>Defendants. | No. 3:10-CV-0087-O-BF |

## FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

This action is before the Court for pretrial management. In its July 28, 2010 Order (doc. 34), the Court denied Defendant's Motion to Dismiss. In doing so, this Court noted that the Plaintiffs' Complaint was deficient and allowed Plaintiffs twenty days to amend the Complaint. The Court finds that Plaintiffs' August 17, 2010 filing (doc. 35) is not in the nature of an Amended Complaint. More than twenty days have lapsed since the Court's Order.

The Court therefore recommends that this case be **DISMISSED.**

SO RECOMMENDED, August 30, 2010.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE