IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TAMARA COLLETTE MONNTAE WASHINGTON, and LARRY WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> EVERHOME MORTGAGE COMPANY, et al., <br><br> Defendants. | § § § § § § § § § § § § § § Civil Action No. 3:10-CV-0087-O-BF |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge filed in accordance with 28 U.S.C. § 636(b)(1). *See* ECF No. 36. Plaintiff failed to allege federal question or diversity jurisdiction sufficient to survive a Motion to Dismiss, even after the Magistrate Judge allowed Plaintiffs to file two amended complaints. *See, e.g.* Order, ECF No. 28; Order, ECF No. 34. After reviewing all relevant matters of record in this case, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SO ORDERED** on this **4th** day of **October, 2010.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**